# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TRAVIS WAYNE GOODSELL,<br><br>      Petitioner,<br><br>  v.<br><br>STATE OF UTAH et al.,<br><br>      Respondents. | MEMORANDUM DECISION AND ORDER OF DISMISSAL<br><br>Case No. 2:11-CV-132 TS<br><br>District Judge Ted Stewart |

Petitioner, inmate Travis Wayne Goodsell, filed a *pro se* habeas corpus petition, *see* 28 U.S.C.S. § 2241 (2011). Reviewing it in an Order dated June 2, 2011, the Court determined it was deficient for a variety of reasons. The Court then gave Petitioner direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form habeas corpus petition, and ordered him to cure the deficiencies within thirty days. Petitioner has not responded.

**IT IS THEREFORE ORDERED** that the petition is **DISMISSED** without prejudice because of its deficiencies and Petitioner's failure to prosecute under Federal Rule of Civil Procedure 41(b). This case is CLOSED.

DATED this 9th day of August, 2011.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court